UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOK K. TAI,

    Plaintiff,

v.                                        CASE NO: 8:04-cv-2490-T-23TGW

TEAM LOGISTICS SYSTEMS, INC., and
JOHN SCHNEIDER,

    Defendants.
_____/

## **ORDER**

    The plaintiff submits a notice of settlement (Doc. 12).  Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause.  The clerk is directed to (1) terminate any pending motion and (2) close the file.

    ORDERED in Tampa, Florida, on May 4, 2005.

                                                                                                   STEVEN D. MERRYDAY
                                                                           UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy